UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

Caption in Compliance with D.N.J. LBR 9004-1(b)

Matthew Siti, Esq.
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, NY 10504
Tel: (914) 219-5787
Attorneys for Secured Creditor,

                                    Movant.

**Order Filed on August 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jacqueline V. Watson,

                                    Debtor.

Case No.: 16-32736 (ABA)

Hearing Date: August 29, 2017

Judge: Hon. Andrew B. Altenburg

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 29, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____ 21st Century Mortgage Corporation _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

6 Misty Lake Court, Egg Harbor Township, NJ 08234

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Jacqueline V Watson  
    Debtor

Case No. 16-32736-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.  
db         +Jacqueline V Watson,   6 Misty Lake Court,   Egg Harbor Township, NJ 08234-8710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:  
            Chad M. Sherwood    on behalf of Debtor Jacqueline V Watson chad@sherwoodlegal.com  
            Christian Del Toro    on behalf of Creditor    21st Mortgage Corporation  
             cdeltoro@leopoldassociates.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
            Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
             summarymail@standingtrustee.com  
            Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com  
            Matthew Siti    on behalf of Creditor    21st Mortgage Corporation msiti@leopoldassociates.com,  
             mrozea@leopoldassociates.com  
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 8