Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−32736−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline V Watson
   6 Misty Lake Court
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−7409

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/28/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2017
JAN: bc

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 16-32736-ABA
Jacqueline V Watson                                                 Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Sep 28, 2017
                               Form ID: 148                 Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
db             +Jacqueline V Watson,    6 Misty Lake Court,    Egg Harbor Township, NJ 08234-8710
cr             +Selene Finance LP as servicing agent for MTGLQ Inv,    Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
516523131      +City of Atlantic City,    1301 Bacharach Blvd,    Atlantic City, NJ 08401-4600
516523133      +Milstead & Associates,    1 East Stow Road,    Marlton, NJ 08053-3118
516523134      +Nationstar Mortgage,    8950 Cypress Waters Drive,    Coppell, TX 75019-4620
516523135      +Waterview Condo Association,    824C Marshall Court,    Ventnor City, NJ 08406-1200
516762058      +Waterview Condominium Association,    William A Thompson III,    2428 Atlantic Avenue,
                 Atlantic City, NJ 08401-6631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:47     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:44     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516523130       Fax: 800-813-8164 Sep 28 2017 22:55:17     21st Mortgage Corporation,    PO Box 477,
                 Knoxville, TN 37901
516767207      +E-mail/Text: bkteam@selenefinance.com Sep 28 2017 22:48:14     Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
516654374      +EDI: RMSC.COM Sep 28 2017 22:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516523136       EDI: WFFC.COM Sep 28 2017 22:28:00     Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516523132     ##+Leopold & Associates,    1 Paragon Drive, Suite 122,    Montvale, NJ 07645-1765
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
              Chad M. Sherwood    on behalf of Debtor Jacqueline V Watson chad@sherwoodlegal.com
              Christian Del Toro    on behalf of Creditor   21st Mortgage Corporation
               cdeltoro@leopoldassociates.com, mrozea@leopoldassociates.com;bky@martonelaw.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicing agent for MTGLQ
               Investors, L.P. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com
              Matthew Siti    on behalf of Creditor   21st Mortgage Corporation msiti@leopoldassociates.com,
               mrozea@leopoldassociates.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```